ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     **ORDER**

     -v.-                             :     12 Cr. 098

ROKY FELIX GENAO GIRALDO,          :
JONATHAN GONZALEZ,
 a/k/a "Jay," and                  :
JOSE RAMON ROSA PICHARDO,
                                   :
            Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Glen Kopp;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      November ___, 2012

NOV 3 0 2012

_____
~~JAMES L. COTT~~
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**GABRIEL W. GORENSTEIN**
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/12