

| | |
|---|---|
| Texas | Glen A. Kopp |
| New York | Partner |
| Washington, DC | |
| Connecticut | 212.508.6123 Office |
| Seattle | 212.508.6101 Fax |
| Dubai | |
| London | Glen.Kopp@bgllp.com |

Bracewell & Giuliani LLP
1251 Avenue of the Americas
49th Floor
New York, New York
10020-1104

December 16, 2013

<u>By ECF</u>

Honorable Judge Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Room 2104
New York, NY 10007

    Re:    United States of America v. Roky Felix Genao Giraldo, et al.
            Case No.: 1:12-CR-00098-RJS

Dear Judge Sullivan:

I write respectfully to request that I be permitted to withdraw as counsel of record for the United States of America in this matter. November 1, 2013 was my last day as an employee of the United States Attorney's Office for the Southern District of New York.

                              Respectfully submitted,

                              <u>/s/ Glen A. Kopp</u>
                              Glen A. Kopp

GAK/mee

CC:    parties served via ECF

#4427323.1