```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-13
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2013

**MEMO ENDORSED**

**By ECF**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Genao Giraldo*,
    12 Cr. 98 (RJS)

Dear Judge Sullivan:

As requested by the Court, the parties write to advise the Court that they are available for a rescheduled conference in the above-referenced matter on Friday, January 17 or Friday, January 24, 2014. The parties have proposed these dates in order to accommodate defense counsel's trial obligations in an ongoing trial before Judge Swain. Upon rescheduling the conference, the parties jointly request that, in the interests of justice, the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the date of the rescheduled conference in order to ensure the availability of defense counsel and to allow additional time for the parties to engage in discussions regarding a potential resolution of this case.

Please contact the undersigned if you have any questions.

```
IT IS HEREBY ORDERED THAT the parties
shall appear for a conference on January 17,
2014 at 9:15 a.m.  Pursuant to
18 U.S.C. 3161(h)(7)(A), time is excluded
under the Speedy Trial Act through
January 17, 2014.
```

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Adam Fee
Adam Fee
Assistant United States Attorney
(212) 637-1589
Adam.Fee@usdoj.gov

SO ORDERED
Dated: 12/16/13
RICHARD J. SULLIVAN
U.S.D.J.

cc: Gary Villanueva, Esq. (by e-mail)