```
                        GARY S. VILLANUEVA
                         ATTORNEY AT LAW
                    11 PARK PLACE, SUITE 1601
                     New York, New York 10007
                          (212) 219-0100
                          -------------
                        Fax (212) 219-3701
```

January 29, 2014

By ECF

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley square
New York, New York 10007

Re: United States v. Roky Felix Genao Giraldo
    12 Cr. 98 (RJS)

Dear Judge Sullivan:

I represent Roky Felix Genao Giraldo in the above referenced matter. The parties have reached an agreement in principal to resolve this matter. I write the Court on behalf of the parties to respectfully request a two week adjournment of the matter to allow us the time to finalize the plea documents and allow counsel time to review the plea documents with our client.

We jointly request a two week adjournment until February 14, 2014 at 4:00 p.m., if convenient with the Court's schedule. The parties jointly request that, in the interest of justice, the Court excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through February 14, 2014.

Thank you for your consideration.

Respectfully submitted,

/s/ Gary S. Villanueva

Gary s. Villanueva

Cc: A.U.S.A. Adam Fee (By email)

```
Christine Delince, Esq.   (By email)
```