USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/16

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
            -v-                    :     NOLLE PROSEQUI
                                   :     12 Cr. 98 (RJS)
JONATHAN GONZALEZ,                 :
    a/k/a "Jay,"                   :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x
```

    1.    The filing of this *nolle prosequi* will dispose of this case with respect to JONATHAN GONZALEZ, a/k/a "Jay," the defendant.

    2.    On February 2, 2012, JONATHAN GONZALEZ, a/k/a "Jay," the defendant, was charged, along with co-defendants Roky Felix Genao Giraldo and Jose Roman Rosa Pichardo, in Indictment 12 Cr. 98 (RJS) (S.D.N.Y.) (the "Indictment"). The Indictment charged GONZALEZ and his co-defendants with conspiring to import into the United States five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963, 960(a)(1), and 960(b)(1)(B).

    3.    Based on a review of the currently available evidence in the case and information recently acquired and subsequent to the filing of the Indictment, including that critical witnesses are no longer available to the Drug Enforcement Administration and cannot be located, the Government has concluded that further prosecution

1

of JONATHAN GONZALEZ, a/k/a "Jay," the defendant, would not be in the interests of justice.

4. Accordingly, in light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to JONATHAN GONZALEZ, a/k/a "Jay," the defendant, with respect to the Indictment.

_____
John P. Cronan
Assistant United States Attorney
(212) 637-2779

Dated: New York, New York
December 27, 2016

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to JONATHAN GONZALEZ, a/k/a "Jay," the defendant, with respect to Indictment 12 Cr. 98 (RJS).

By: _____
Acting United States Attorney
Pursuant to 28 C.F.R. §0.136

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
December 23, 2016

SO ORDERED:

_____
THE HONORABLE RICHARD J. SULLIVAN
United States District Judge
Southern District of New York

Dated: New York, New York
Dec. 27, 2016

2